IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNETH WAYNE MCGRAW,<br><br>                              Petitioner,<br>      v.<br><br>JOE A. LIZARRAGA,<br><br>                              Respondent. | Case No. 2:15-cv-1150-GEB-CMK-P<br><br>**ORDER** |

Good cause appearing, IT IS HEREBY ORDERED THAT Respondent's response to Petitioner's petition for writ of habeas corpus be filed on or before July 6, 2016.

Dated: 6-7-16

The Honorable Craig M. Kellison

[Proposed] Order (2:15-cv-1150-GEB-CMK-P)